Shawn P. GILPIN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 70078.

Missouri Court of Appeals,
Western District.

July 28, 2009.

Mark A. Grothoff, for Appellant.

Shaun J. Mackelprang, for Respondent.

Before Division Two: VICTOR C.
HOWARD, Presiding Judge, JOSEPH M.
ELLIS, Judge and MARK D.
PFEIFFER, Judge.

## ORDER

PER CURIAM:

Shawn Gilpin appeals the judgment of
the motion court denying his Rule 29.15
motion for postconviction relief without an
evidentiary hearing. He sought to vacate
his conviction for stealing, section 570.030,
RSMo Cum.Supp.2008, and sentence of
five years imprisonment. Because a pub-
lished opinion would have no precedential
value, a memorandum has been provided
to the parties.

The judgment is affirmed. Rule
84.16(b).